**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Michael Aldous v. Debbie  O' Connor

Appellate case number:      01-13-00183-CV

Trial court case number:    11CV0824-C

Trial court:                10th District Court of Galveston County

The record in this appeal was due on March 18, 2013.  The clerk's record was filed on March 20, 2013.  The reporter's record has not been filed.

On April 3, 2013, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not made arrangements to pay for the record.  The Clerk further notified appellant that unless the Court received written evidence by April 18, 2013 that appellant had paid for or made arrangements to pay for the record the Court might consider and decide those issues or points that do not require a reporter's record.  *See* TEX. R. APP. P. 37.3(c).

The deadline has expired and no written evidence that the appellant has paid or made arrangements to pay for the record has been filed with this Court.  Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order.

Appellee's brief is ORDERED to be filed within 30 days of the filing of appellant's brief.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☑Acting individually     ☐ Acting for the Court

Date:  May 1, 2013